**Pamela MELVIN, Plaintiff–Appellant,**

v.

**Tracy NAYLOR; Guardian Hart Medical Care, Defendants–Appellees.**

**No. 15–1782.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 15, 2015.

Decided: Oct. 19, 2015.

Pamela Melvin, Appellant Pro Se. Ginger Bagley Hunsucker, Cranfill, Sumner & Hartzog, LLP, Raleigh, North Carolina, for Appellees.

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pamela Melvin seeks to appeal the district court's pretrial orders denying her motions for a stay, to issue subpoenas, and

to appoint counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders Melvin seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*